UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

MICHAEL SCOTT   WENRICH

                                                    : Bankruptcy No. 17-17592REF
            Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: July 19, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

MICHAEL SCOTT   WENRICH
1549 N 10TH STREET
READING,PA.19604