United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17592-ref
Michael Scott Wenrich                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 2           Date Rcvd: Jul 19, 2018
                            Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
```
db              +Michael Scott Wenrich,    1549 N. 10th Street,    Reading, PA 19604-1807
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              +Ditech Financial LLC FKA Green Tree Servicing, LLC,     14841 Dallas Parkway, Suite 300,
                  DALLAS, TX 75254-7883
14011134        +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14011135        +Arcadia,    645 Penn St,   Reading, PA 19601-3543
14011137        +City of Reading,    Property Maintenance Division,    815 Washington Street,
                  Reading, PA 19601-3615
14087164        +Directv, LLC,    by American InfoSource LP as agent,    4515 Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
14011138        +Ditech Financial LLC,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
14011141        +KML Law Group,    Nora Viggiano, Esq.,    KML Law Group,    701 Market Street,
                  Philadelphia, PA 19106-1538
14011140        +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
14011142        +Michael R. Ratchford, Esq.,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14115967        +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
14028707         U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                  St. Louis MO 63166-0108
14011139       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
14011143        +West Reading Radiology Assoc,    2 Meridian Blvd.,    3rd Floor,    Reading, PA 19610-3202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14011136        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2018 02:19:48       Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
14039146         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2018 02:20:25
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14045416         E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2018 02:26:00
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14067296        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2018 02:33:27       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                   Date Rcvd: Jul 19, 2018
                              Form ID: pdf900             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Michael Scott Wenrich tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing,
               LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                         TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

MICHAEL SCOTT   WENRICH

                                                        : Bankruptcy No. 17-17592REF
          Debtor(s)                       : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: July 19, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

MICHAEL SCOTT   WENRICH
1549 N 10TH STREET
READING,PA.19604